PROB 12C
(7/93)

Report Date: March 29, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 29 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Russell Elwell                    Case Number: 2:08CR02113-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 9/30/2009

Original Offense:     Crime on Indian Reservation-Assault, 18 U.S.C. §§ 1153 and 113(a)(6)

Original Sentence:    Prison - 45 Months          Type of Supervision: Supervised Release
                      TSR - 36 Months

Asst. U.S. Attorney:  Thomas J. Hanlon            Date Supervision Commenced: 3/27/2013

Defense Attorney:     Alex B. Hernandez, III      Date Supervision Expires: 9/26/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You shall reside in a residential reentry center for a period of up to 90 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.<br><br>**Supporting Evidence**: Mr. Elwell absconded from the Spokane Residential Reentry Center on April, 28, 2013. His current whereabouts are unknown. |
| 2 | **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On March 28, 2013, Mr. Elwell left the Spokane Residential Reentry Center and did not return. Mr. Elwell failed to report a change in residence to the probation office. |

Prob12C
Re: Elwell, Russell
March 29, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 29, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

3/29/13
Date